This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**GLADYS CORLISS,**

Plaintiff-Appellant,

v.                                                                          NO. 30,653

**NEW MEXICO BANK & TRUST, GREG LEYENDECKER, GARY WILEY, BILLY BLOUNT, CLINT COLE, RANDY KNUDSON, DAVE ROMERO, STEPHEN DOERR, DREW D. TATUM, DIANE ULIBARRI, MATTHEW J. SANDOVAL, DAVID JOEL GARNETT, GERALD E. BACA, STATE OF NEW MEXICO ATTORNEY GENERAL GARY K. KING, NEW MEXICO RISK MANAGEMENT, FARON SEGOTTA, NEW MEXICO STATE POLICE, JIMMY GLASSCOCK, WESLEY O. POOL, DONALD C. SCHUTTE, GINA M. MAESTAS, JAMES J. WECHSLER, ROBERT E. ROBLES, LINDA M. VANZI, CYNTHIA A. FRY, MICHAEL D. BUSTAMANTE, JONATHAN B. SUTIN, EDWARD L. CHAVEZ ,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Alan M. Malott, District Judge**

Gladys L. Corliss

Tucumcari, NM

Pro se Appellant

Ada B. Priest
Madison, Harbour, Mroz, & Brennan, P.A.
Albuquerque, NM

for Appellees New Mexico Bank & Trust,
Greg Leyendecker, Billy Blount, and Gary Wiley

Walz & Associates
Jerry A. Walz
Albuquerque, NM

for Appellees Cynthia A. Fry, Michael D. Bustamante, Drew
D. Tatum, Diane Ulibarri, Matthew J. Sandoval, David Joel
Garnett, Jonathan B. Sutin, Gerald E. Baca, Edward L. Chavez,
Gary K. King, Faron Segotta, Jimmy Glasscock, Donald C.
Schutte, Gina M. Maestas, James J. Wechsler, Robert E. Robles,
and Linda M. Vanzi

Harris Law Firm, P.C.
Randall M. Harris
Clovis, NM

for Appellee Clint Cole

Law Office of Geoffrey R. Romero
Geoffrey R. Romero
Albuquerque, NM

for Appellees Stephen E. Doerr and Randy J. Knudson

Dave Romero
Las Vegas, NM

Wesley O. Pool

Clovis, NM

Pro se Appellees

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Judge**

_____

**TIMOTHY L. GARCIA, Judge**